IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ANTHONY GORDON, | § | |
| | § | No. 20, 2025 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1109011777 (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted: March 10, 2025
Decided: March 14, 2025

## **ORDER**

On January 13, 2025, the appellant, Anthony Gordon, filed a notice of appeal from the Superior Court's December 10, 2024 order denying his fifth motion to dismiss the indictment. A timely notice of appeal was due on or before January 9, 2025. The Senior Court Clerk issued a notice by certified mail directing Gordon to show cause why his appeal should not be dismissed as untimely filed.[1] On February 3, 2025, the United States Postal Service tracking information sheet showed that the notice was still in transit, and the Chief Deputy Clerk reissued the notice to show cause. The certified receipt was returned, unsigned and undated, on February 10, 2025. The Clerk of the Court then reissued the notice to show cause on February 24, 2025. Gordon received the notice on February 25, 2025. A timely response to

---

[1] *See* Del. Supr. Ct. R. 6.

the notice to show cause was due on or before March 7, 2025. To date, Gordon has not responded to the notice to show cause. Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED that the appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice